# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Oscar Coward | : | |
| Plaintiff | : | No. 1:26-cv-01044-KMN |
| v. | : | |
| Jeffrey L. Hall , and | : | |
| Morgan Lewis LLC | : | |
| Defendants | : | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(a)(i), Plaintiff Oscar Coward ("Plaintiff"), by and through his undersigned counsel, files this Notice of Dismissal without prejudice.

By: ______________________

Roman T. Galas, Esquire
Simon & Simon, P.C.
18 Campus Blvd. Suite 100
Newtown Square, PA 19073
*Attorney for Plaintiff*