**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **OSCAR COWARD,** | : | **CIVIL ACTION NO. 1:26-CV-1044** |
| | : | |
| **Plaintiff** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **JEFFREY L. HALL and MORGAN LEWIS LLC,** | : | |
| | : | |
| **Defendants** | : | |

**ORDER**

AND NOW, this 24th day of August, 2026, upon notification from the plaintiff that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(a)(i) he will voluntarily dismiss this matter without prejudice, and noting that the defendants have neither answered the complaint nor filed a motion for summary judgment, the court will DISMISS the case without prejudice and order the clerk to CLOSE the case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania